**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:20-cv-02277-JA-LRH

MICHELLE STRICKLAND,

  Plaintiff,

vs.

TATE STANLEY G. TRUST,
DENISON FAMILY PARTNERS,
LTD., and CFL PIZZA, LLC d/b/a
PIZZA HUT #630037

    Defendants.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendants, TATE STANLEY G. TRUST, DENSION FAMILY PARTNERS, LTD., and CFL PIZZA, LLC d/b/a PIZZA HUT #630037. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 17th day of May 2021.

  By: /s/Joe M. Quick, Esq.
     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Law Offices of Joe M. Quick, P.A.
     *Counsel for Plaintiff*
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of May 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com