# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHELLE STRICKLAND,
    Plaintiff,

v.                                                  Case No 6:20-cv-2277-JA-LRH

TATE STANLEY G. TRUST,
DENNISON FAMILY
PARTNERS, LTD. and CFL
PIZZA, LLC,
    Defendants.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. (Doc. 20). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 20, 2021.

                                                        JOHN ANTOON II
                                                   United States District Judge

Copies furnished to:
Counsel of Record